# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>ALBRIGHT, ALAN D. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT | 3. Date of Report<br><br>04/27/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>800 FRANKLIN AVE<br>ROOM 301<br>WACO, TX<br>76701 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | WACO INN OF COURT |
| 2. MEMBER | TEXAS BAR FOUNDATION |
| 3. MEMBER | AMERICAN COLLEGE OF TRIAL LAWYERS |
| 4. MEMBER | AUSTIN IP INN OF COURT |
| 5. MEMBER | AMERICAN BOARD OF TRIAL ATTORNEYS |
| 6. MEMBER | AMERICAN LAW INSTITUTE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ALBRIGHT, ALAN D.** | 04/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | UNIVERSITY OF SOUTHERN CALIFORNIA, LOS ANGELES | MARCH 18-19, 2019 | SANTA MONICA, CA | SPEAKING ENGAGEMENT; CONTINUING LEGAL EDUCATION | TRANSPORTATION, HOTEL, MEALS |
| 2. | OCEAN TOMO | SEPTEMBER 3-5, 2019 | PALO ALTO, CA | SPEAKING ENGAGEMENT; CONTINUING LEGAL EDUCATION | TRANSPORTATION, HOTEL |
| 3. | UNIVERSITY OF CALIFORNIA, BERKELEY | SEPTEMBER 11-13, 2019 | SANTA CLARA, CA | DISRUPTIVE TECHNOLOGY LEGAL SUMMIT, SPEAKING ENGAGEMENT | TRANSPORTATION, HOTEL |

| 4. | PERKINS COIE LLP | SEPTEMBER 30-OCTOBER 3, 2019 | TAIPEI, TAIWAN | SPEAKING ENGAGEMENT; CONTINUING LEGAL EDUCATION | TRANSPORTATION, HOTEL |
|---|---|---|---|---|---|
| 5. | FOLEY & LARDNER LLP | OCTOBER 3-5, 2019 | CHICAGO, IL | SPEAKING ENGAGEMENT; CONTINUING LEGAL EDUCATION | TRANSPORTATION, HOTEL |
| 6. | AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION | OCTOBER 24-26, 2019 | WASHINGTON, D.C. | AIPLA ANNUAL MEETING, SPEAKING ENGAGEMENT | TRANSPORTATION, HOTEL |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRIGHT, ALAN D. | 04/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WELLS FARGO | CREDIT CARD | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRIGHT, ALAN D. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. NORTHWESTERN MUTUAL ACCOUNT - 1 (H) | | | | | | | | | |
| 2. BRIDGEWAY AGGRESSIVE INVESTORS 1 | | None | J | T | | | | | |
| 3. NORTHWESTERN MUTUAL ACCOUNT - 2 (H) | | | | | | | | | |
| 4. NM FDIC INSURED DEPOSIT | | None | J | T | | | | | |
| 5. INVESCO OPPENHEIMER DEVELOPING MARKETS FUND CL Y | A | Dividend | J | T | | | | | |
| 6. ARTISAN GLOBAL OPPORTUNITIES FUND ADVISOR SHARES | B | Dividend | K | T | | | | | |
| 7. COHEN & STEERS PREFERRED SECURITIES INCOME FUND CL I | A | Dividend | J | T | | | | | |
| 8. DODGE & COX INTERNATIONAL FUND | A | Dividend | K | T | | | | | |
| 9. FIDELITY ADVISOR NEW INSIGHTS FUND CL I | B | Dividend | K | T | | | | | |
| 10. FUNDAMENTAL INVESTORS CL F-2 | B | Dividend | K | T | | | | | |
| 11. THE OAKMARK INTERNATIONAL FUND INVESTOR CL | A | Dividend | K | T | | | | | |
| 12. LOOMIS SAYLES FUND INSTL CL | A | Dividend | J | T | | | | | |
| 13. MFS INTERNATIONAL NEW DISCOVERY FUND CL I | | None | J | T | | | | | |
| 14. METROPOLITAN WEST TOTAL RETURN BOND FUND CL I | A | Dividend | K | T | | | | | |
| 15. NEW WORLD FUND CL F-2 | A | Dividend | J | T | | | | | |
| 16. PIMCO TOTAL RETURN FUND CL I-2 | A | Dividend | K | T | | | | | |
| 17. T ROWE PRICE EMERGING MARKETS BOND | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRIGHT, ALAN D. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. VAN ECK CONSTANT MATURITY COMMODITY INDEX FUND CL Y | | None | J | T | | | | | |
| 19. VANGUARD REIT INDEX FUND ADMIRAL SHARES | A | Dividend | K | T | | | | | |
| 20. VANGUARD EQUITY INCOME FUND ADMIRAL SHARES | B | Dividend | K | T | | | | | |
| 21. VANGUARD SHORT-TERM BOND INDEX FUND ADMIRAL SHARES | | None | J | T | Buy | 07/23/19 | J | | |
| 22. VANGUARD INFLATION PROTECTED FUND ADMIRAL SHARES | A | Dividend | J | T | | | | | |
| 23. VANGUARD LARGE CAP INDEX FUND ADMIRAL SHARES | B | Dividend | L | T | | | | | |
| 24. VANGUARD MID-CAP INDEX FUND ADMIRAL SHARES | A | Dividend | K | T | | | | | |
| 25. VANGUARD SMALL-CAP INDEX FUND ADMIRAL SHARES | A | Dividend | J | T | | | | | |
| 26. VANGUARD SHORT-TERM GRADE FUND ADMIRAL SHARES | | None | | | Sold | 04/22/19 | J | | |
| 27. VANGUARD LIMITED-TERM TAX EXEMPT FUND INVESTOR CL | | None | | | Buy | 04/22/19 | J | | |
| 28. | | | | | Sold | 07/23/19 | J | A | |
| 29. NORTHWESTERN MUTUAL ACCOUNT - 3 (H) | | | | | | | | | |
| 30. NM FDIC INSURED DEPOSIT | A | Interest | J | T | | | | | |
| 31. EUROPACIFIC GROWTH FUND CL A | A | Dividend | K | T | Buy | 09/18/19 | K | | |
| 32. THE GROWTH FUND OF AMERICA CL A | B | Dividend | K | T | Buy | 09/18/19 | K | | |
| 33. THE NEW ECONOMY FUND CL A | B | Dividend | K | T | Buy | 09/18/19 | K | | |
| 34. NEW PERSPECTIVE FUND CL A | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRIGHT, ALAN D. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. VANGUARD MID-CAP INDEX FUND ADMIRAL SHARES | | None | K | T | | | | | |
| 36. VANGUARD SMALL-CAP INDEX FUND ADMIRAL SHARES | A | Dividend | K | T | | | | | |
| 37. WASHINGTON MUTUAL INVESTORS FUND CL A | B | Dividend | L | T | Buy | 09/18/19 | L | | |
| 38. CAPITAL WORLD GROWTH FUND CL A | A | Dividend | | | Sold | 09/18/19 | K | | |
| 39. FUNDAMENTAL INVESTORS CL A | B | Dividend | | | Sold | 09/18/19 | L | | |
| 40. NORTHWESTERN MUTUAL ACCOUNT - 4 (H) | | | | | | | | | |
| 41. AMERICAN BALANCED FU | | None | | | Sold | 02/04/19 | J | A | |
| 42. NEW PERSPECTIVE FUND | | None | | | Sold | 02/04/19 | J | A | |
| 43. NORTHWESTERN MUTUAL ACCOUNT - 5 (H) | | | | | | | | | |
| 44. AMERICAN BALANCED FU | | None | | | Sold | 02/04/19 | J | A | |
| 45. NEW PERSPECTIVE FUND | | None | | | Sold | 02/04/19 | J | A | |
| 46. BRACEWELL 401K - 1 (H) | | | | | | | | | |
| 47. VANGUARD TARGET RETIREMENT 2025 | D | Int./Div. | N | T | | | | | |
| 48. BRACEWELL 401K - 2 (H) | | | | | | | | | |
| 49. VANGUARD TARGET RETIREMENT 2025 | D | Int./Div. | M | T | | | | | |
| 50. WELLS FARGO CASH ACCOUNT - 1 | | None | M | T | | | | | |
| 51. WELLS FARGO CASH ACCOUNT - 2 | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRIGHT, ALAN D. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  WELLS FARGO CASH ACCOUNT - 3 | | None | J | T | | | | | |
| 53.  SCHWAB CASH ACCOUNT - 1 | | None | K | T | | | | | |
| 54.  UBS ACCOUNT - 1 (H) | | | | | | | | | |
| 55.  UBS CASH DEPOSIT ACCT | | None | K | T | | | | | |
| 56.  ISHARES MSCI EAFE ETF | C | Dividend | L | T | | | | | |
| 57.  ISHARES CORE MSCI EAFE ETF | C | Dividend | M | T | Buy (add'l) | 04/18/19 | J | | |
| 58. | | | | | Buy (add'l) | 06/03/19 | K | | |
| 59. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 60. | | | | | Sold (part) | 06/06/19 | J | | |
| 61.  ISHARES CORE MSCI EMERGING MARKETS ETF | C | Dividend | M | T | Buy (add'l) | 04/18/19 | J | | |
| 62. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 63. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 64. | | | | | Buy (add'l) | 12/17/19 | K | | |
| 65. | | | | | Sold (part) | 03/22/19 | J | | |
| 66. | | | | | Sold (part) | 08/27/19 | J | | |
| 67.  SCHWAB US BROAD MKT ETF | | None | L | T | Buy (add'l) | 02/22/19 | J | | |
| 68. | | | | | Buy (add'l) | 06/09/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRIGHT, ALAN D. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/18/19 | J | B | |
| 70. | | | | | Sold (part) | 08/27/19 | K | C | |
| 71. VANGUARD TOTAL STOCK MKT ETF | C | Dividend | N | T | Buy (add'l) | 06/03/19 | K | | |
| 72. INVESCO EMERGING MARKETS SOVEREIGN DEBT ETF | | None | J | T | Buy (add'l) | 08/27/19 | J | | |
| 73. | | | | | Sold (part) | 01/25/19 | J | | |
| 74. | | | | | Sold (part) | 05/10/19 | J | A | |
| 75. | | | | | Sold (part) | 12/17/19 | J | A | |
| 76. ISHARES BROAD USD INVT GRADE CORPORATE BOND ETF | | None | K | T | Buy | 09/17/19 | K | | |
| 77. ISHARES US TREASURY BOND ETF | | None | K | T | Buy (add'l) | 05/10/19 | J | | |
| 78. | | | | | Buy (add'l) | 08/23/19 | K | | |
| 79. | | | | | Sold (part) | 04/18/19 | J | A | |
| 80. | | | | | Sold (part) | 06/06/19 | K | A | |
| 81. SCHWAB US LARGE-CAP VALUE ETF | | None | | | Sold | 02/22/19 | J | A | |
| 82. SPDR PORTFOLIO INTER TERM CORPORATE BOND ETF | | None | | | Sold | 09/17/19 | K | A | |
| 83. SPDR SER TR SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF | | None | | | Sold | 08/23/19 | K | A | |
| 84. VANGUARD TOTAL WORLD STK ETF | | None | | | Sold | 02/22/19 | J | A | |
| 85. UBS ACCOUNT - 2 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRIGHT, ALAN D. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. UBS CASH DEPOSIT ACCT | | None | J | T | | | | | |
| 87. UBS ACCOUNT - 3 (H) | | | | | | | | | |
| 88. FEDERATED MDT SMALL CAP CORE FUND CL IS | | None | J | T | | | | | |
| 89. FIRST EAGLE OVERSEAS FUND CL I | B | Dividend | K | T | Buy (add'l) | 05/29/19 | J | | |
| 90. LOOMIS SAYLES GROWTH FUND CL Y | B | Dividend | L | T | Sold (part) | 05/29/19 | J | B | |
| 91. MFS VALUE FUND CL I | B | Dividend | L | T | | | | | |
| 92. THE HARTFORD MIDCAP FUND CL I | A | Dividend | J | T | | | | | |
| 93. WESTERN ASSET CORE BOND FUND CL I | A | Dividend | K | T | Buy (add'l) | 05/29/19 | J | | |
| 94. UBS ACCOUNT - 4 (H) | | | | | | | | | |
| 95. ARIEL FUND CL INSTITUTIONAL | | None | J | T | | | | | |
| 96. FIRST EAGLE OVERSEAS FUND CL I | | None | J | T | | | | | |
| 97. LOOMIS SAYLES GROWTH FUND CL Y | | None | J | T | | | | | |
| 98. MFS VALUE FUND CL I | | None | J | T | | | | | |
| 99. WESTERN ASSET CORE BOND FUND CL I | | None | J | T | | | | | |
| 100. ANDREW HARPER LLC | | | K | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ALBRIGHT, ALAN D.** | 04/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| ALBRIGHT, ALAN D. | 04/27/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ALAN D. ALBRIGHT**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544